PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Stephen J. Walloga          Cr.: 21-00396-001
                                                                  PACTS #: 7407651

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/29/2021

Original Offense:   Count One: Willful Failure to Collect/Pay Over Tax, Title 26 U.S.C. § 7202

Original Sentence: 24 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment: $100.00 Financial Disclosure, Cooperate with IRS, No New Debt/Credit, Self-Employment/Business Disclosure, Restitution: $ 1,150,487.00,

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/22/2023

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Izmir, Turkey from August 8 to August 21 to visit his family. He will be traveling alone as his wife and kids will be flying out there before him. Mr. Walloga will be flying via Turkish Airlines from JFK International in New York to Istanbul and staying with his family for the duration of the trip.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Walloga reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Stephen J. Walloga has maintained stable residence and is employed with Architectural Products Group in Rockaway, New Jersey. Mr. Walloga has consistently paid the court ordered $1,000 each month and satisfied his special assessment of $100.00 As such, he is in full compliance with the conditions of supervised release.

                                         Respectfully submitted,

                                         SUSAN M. SMALLEY, Chief
                                         U.S. Probation Officer

                                         *[signature]*

                                              RYAN E. SHUTTS
                                         By:  SUPERVISION LIC

/ res

Prob 12A – page 2
Stephen J. Walloga

APPROVED:

*Steve Alfrey*      7/19/2023

STEVE ALFREY      Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ XX Travel Approved (as recommended by the Probation Office)

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

s/Stanley R. Chesler, U. S. D. J.

Signature of Judicial Officer

7/19/2023

Date